UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN HUDSON CARTER, ) <br> K. G. T. C., ) <br> ) <br>       Plaintiffs, ) <br> )   1:16-cv-00029-SEB-MPB <br>     vs. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> ) <br>       Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 9/14/2016

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

By U.S. Mail:

KAREN HUDSON CARTER

6466 Fox Chase Lane C

McCordsville, IN 46055